FARRAR *v.* THE STATE.

COBB, J.   Though the evidence was entirely circumstantial and not of the strongest and most satisfactory character, it was consistent with the guilt of the accused and sufficient to warrant the jury in concluding that it was inconsistent with any other reasonable hypothesis.
*Judgment affirmed.   All the Justices concurring.*

Argued October 4, — Decided October 27, 1899.

Indictment for murder.   Before Judge Felton.   Bibb superior court.   April term, 1899.

*John L. Hardeman,* for plaintiff in error.   *J. M. Terrell, attorney-general,* and *Robert Hodges, solicitor-general,* contra.

---

PARKER *v.* THE STATE.

SIMMONS, C. J.   No error of law was committed, and the evidence was sufficient to authorize the verdict.   The trial judge, therefore, did not err in refusing to grant a new trial.
*Judgment affirmed.   All the Justices concurring.*

Submitted October 5, — Decided October 27. 1899.

Indictment for assault with intent to murder.   Before Judge Felton.   Bibb superior court.   April term, 1899.

*John R. Cooper,* for plaintiff in error.
*Robert Hodges, solicitor-general,* contra.